FRANÇOIS LABADY *versus* GABRIEL RICHARD

October 7, 1823

Woodbridge & Larned and Hunt & Larned, attorneys for plaintiff.
Sibley & Whitney, attorneys for defendant.

## [OPINION]

It is a rule in law that words, in themselves actionable, may, nevertheless, not bear an action; from the particular circumstances, under which they are used.

### AUTHORITIES.

2 Binney 60, Bull. N. P. 8, Caines 346, 1 Cowp. N. P. 98, 267, 269, Co. Rep. 146, 4 Co. 14 b, 16a, 16 b, 19, Cro. Eliz. 230, 3 Esp. Rep. 32, 5 Esp. Rep. 13, 109, 2 H. B. 531, Hutt. 2, 2 Hutt. 18, 2 Johns. Rep. 10, 5 Johns. Rep. 188, 1 Johns. Ca. 279, Peake N. P. 4, Salk. 694, Sittings after Trinity 5 G. 3, Sittings after Easter 6 G. 3, 1 Term Rep. 110, 6 Term 691, Tyng's Mass. Rep. 406,

The following words, among others, are contained in the first count of the declaration in this case: "*Ce* FRANÇOIS LABADIE *est en pêcheur scandaleux. Il commet adultere. Ayant une femme encore vivante, il épousa, la veille, une autre femme; et se fit marier par un magistrat protestant. Ce mariage, qu'il a contracté, n'est ni bon ni valide. C'est un concubinage.*" "*This* FRANCIS LABADIE *is a scandalous sinner. He commits adultery. Having a wife yet living, he married, yesterday evening, another woman; and caused himself to be married by a protestant magistrate. The marriage, which he has contracted, is neither good nor valid. It is a concubinage.*"

These words, not alledging an adultery cognizable by the law of the land; and the circumstances, under which the preacher is charged to have used them, having evident relation to the discipline and doctrines of his profession; the rule of law alluded to applies, and the count is obviously bad.

### AUTHORITIES.

Concilii Tridentini, Sessio XXIV, Canon VII, Concile de Trent 303, 1 Johns. Ca. 279, Peake N. P. 4.

It is a question, which need not, now, be decided, whether the second count is not liable to the same objection. The third and fourth counts appear to be free from it.

It is a second rule in law, that if a general verdict be found, on a declaration containing several counts, and entire damages be given, and any one of the counts be bad, the judgment, in that case, MUST be arrested.

## AUTHORITIES.

Barnes 478, 3 Caines 329, 10 Coke 130, b, Doug. 362, 5 Johns. Rep. 476, 3 Wils. 177.

I am, therefore, of opinion, that, in this case, judgment, must be arrested, from the defects of the first count.

Michigan, *Tuesday*, *Oct. 7. 1823.*                    A. B. WOODWARD.